UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK RUCKER, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, et al. <br><br> Defendants. | CASE NO. 17-cv-05054 RJB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. 6).

(2) Plaintiff's motion for voluntary dismissal is granted and the complaint is dismissed without prejudice.

**DATED** this 19th day of April, 2017.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1